UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| FARDOES KHAN, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> CHILDREN'S NATIONAL HEALTH SYSTEM, <br><br>   Defendant. | Case No. 8:15-CV-02125-TDC <br><br> Judge Theodore D. Chuang |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO THE MOTION TO DISMISS**

Plaintiff hereby notifies the Court of a decision issued after Plaintiff filed its Opposition to Defendant's Motion to Dismiss.  DE #25.  In *Walker et al. v. Boston Medical Center Corp., et al.* No. 2015-1733-BLS 1, 2015 Mass. Super. LEXIS 127 (Mass. Super. Ct. Nov. 19, 2015) (Ex. A), the court addressed the issues of standing and common law injury.  On the issue of standing, *Walker* recognized the claims sufficiently pled standing for the purposes of 12(b) analysis leaving the issue of standing to be raised again at summary judgment.  *Cf.* DE #25 at §I.A.1 and §I.A.4.a *with Walker*, 2015 Mass. Super. LEXIS 127, at *3 & n. 4 (citing *Tabata* v. *Charleston Area Med. Ctr,* 233 W. Va. 512, 517 (W.Va. 2014)).  On the issue of common law injury for the underlying causes of action, the court also found support in the data breach notification letters.  Specifically, *Walker* held that

> [f]rom the letter it may be inferred that plaintiffs' medical records were available to the public on the internet for some period of time and that there is a serious risk of disclosure.  It is reasonable to infer the next step – that plaintiffs' records either were accessed or likely to be accessed by an unauthorized person.  Plaintiffs are entitled to discovery to determine what access, if any, has occurred, among other things.

1

*Walker*, 2015 Mass. Super. LEXIS 127, at *3 (upholding, *inter alia*, invasion of privacy, negligence, breach of implied contract, and breach of express contract claims); *cf.* DE #25 at 39 ("Defendant acknowledged through their notice letter that Defendant disclosed personal information to an unauthorized third party, and that such personal information included the name, identity and medical information of Plaintiff and the Class Members.")(citing Compl. ¶¶ 5, 124).

February 8, 2016                        Respectfully submitted,

                                            **FINKELSTEIN THOMPSON LLP**

                                            By: /s/  *Mila F. Bartos*
Mila F. Bartos
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
Tel:    (202) 337-8000
mbartos@finkelsteinthompson.com

Tracy D. Rezvani (#464293)
**Rezvani Volin P.C.**
1050 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036
Tel:    (202) 350-4270 ext.101
Fax:    (202) 351-0544
trezvani@rezvanivolin.com

Kevin I. Goldberg
**Goldberg, Finnegan & Mester, LLC**
8401 Colesville Road
Suite 630
Silver Spring, Maryland 20910
Tel:    (301) 589-2999 ext. 102
Fax:    (301) 589-2644
kgoldberg@gfmlawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Mila F. Bartos*
Mila F. Bartos