UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FARDOES KHAN,

    Plaintiff,

v.

CHILDREN'S NATIONAL HEALTH SYSTEM,

    Defendant.

Civil Action No. TDC-15-2125

## ORDER

Pending before the Court is the Motion to Dismiss, ECF No. 22, filed by Defendant Children's National Health System ("CNHS"). For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff Fardoes Khan's Motion for Leave to File a Surreply, ECF No. 28, is DENIED.
2. CNHS's Motion to Dismiss, ECF No. 22, is GRANTED IN PART and DENIED IN PART.
3. This case is REMANDED to the Circuit Court for Montgomery County, Maryland.
4. The Clerk is directed to close this case.

Date: May 18, 2016

THEODORE D. CHUANG
United States District Judge